1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2800

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   2:11-cr-00432-GGH
                                 )
12         Plaintiff,            )   Order Dismissing Case
                                 )
13     v.                        )
                                 )
14 ELDON WALLACE BELL,           )   DATE: October 24, 2011
                                 )   TIME: 9:00 a.m.
15         Defendant.            )   JUDGE: Gregory G. Hollows
   _____)
16

17     It is hereby Ordered that the plaintiff United States of

18 America's Motion to Dismiss case number 2:11-CR-00432-GGH is

19 GRANTED.

20     IT IS SO ORDERED.

21 Dated: October 21,2011

22                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28